MD 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2024 MAR 20 A 11: 00

TROY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Isiah Davis Bullock
Full name and prison name of
Plaintiff(s)

)
)
) 2:24-CV-00178-MHT-CSC
)
v. Deontie L.    )
C.O. Chaney     )   CIVIL ACTION NO._____
                )   (To be supplied by Clerk of U.S. District
Who Resigned 2 days )   Court)
Later           )
                )
_____)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)                    )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Bullock Corr Fac**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Bullock Corr Fac play camera back look at photos**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME **Deontie L.**   ADDRESS

1. **Officer, CO Chaney**   **Bullock**
2. 
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **This jail has a off hand policy yet CO Chaney punch me in my face for nothing causing a deep cut in my forehead play camera back look at photos and you will see for yourself that I did not do anything wrong for him to hit me**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON JUNE 26, 2023 I WAS STANDING IN FRONT OF THE DAY ROOM WINDOW FOR NO REASON AT ALL OFFICER Chaney CAME OUT OF THE CUBE AND INTO THE BLOCK, CAME UP TO ME IN PUNCH ME IN THE FACE KNOCKING ME TO THE FLOOR. THE POWER FROM THE PUNCH CUT A DEEP HOLE IN MY FOREHEAD WHERE I HAD TO GET

GROUND TWO: STiTches LEAVING A SCAR IN My FACE FOR LiFE Time About 304 Am

SUPPORTING FACTS: I N I CAME TO SEE ME AND SAiD That he had RAN THE CAMERA BACK AND SAW That I had NOT did ANYthing For him To hiT me AT That Time I WAS 63 yrs old weighing 165 To This MAN weight WAS About 30 pounds Age About 30 Look AT The CAMERA & PhoTos They Will Tell you Everything

GROUND THREE: Camera & photos will suppet The FACTS and grounds for This Claim

SUPPORTING FACTS: _____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.  **350,000**

I want the courts to pay me for what he did set me free if possible been in 14 years for Robbery First no one was hurt codefendent got 10 split 3 been home since 2013 350,000 in go home I know its worth that

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                    (Date)

_____
Signature of plaintiff(s)

Willie K
3-25-24

Isiah Davis 280329
P.O. Box 5107 Union Springs AL 36089
E-1-32A

MONTGOMERY AL 360
19 MAR 2024 PM
FIRST-CLASS
US POSTAGE ™ PITNEY BOWES
ZIP 36089
02 7H
0006145804
$ 000.88⁰
MAR 19 2024

To The United District Court
For The
Middle District Of Alabama

One Church Street B-110
Montgomery AL 36104-4018
36104-401801